IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-cv-194-RP |
| | § | |
| JOHN DOE subscriber assigned IP address | § | |
| 70.113.64.228, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On June 1, 2022, Plaintiff dismissed with prejudice all claims against Defendant. (Dkt. 7).

Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action

without a court order by filing a notice of dismissal before the opposing party serves an answer or a

motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer

or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the

case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*,

785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to be resolved, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 2, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE